– 1 –

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PETER KEPPARD, JR., TRINIDAD AVILA, ALONSO ROBLES, GUILLERMO TREVINO, HUMBERTO CASTILLO, HECTOR A VALLEJO, and HECTOR VALLEJO, On Behalf of Themselves and All Others Similarly Situated,<br><br>PLAINTIFFS<br><br>v.<br><br>C. C. FORBES, LLC, FORBES ENERGY SERVICES, LTD, and FORBES ENERGY SERVICES, LLC<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § § | CAUSE NO.: 5:15-cv-00625-OLG<br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

## ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

This advisory is being filed to notify the Court that Plaintiffs have granted Defendants an extension until November 13, 2015 to file a response to Plaintiffs' Opposed Motion for Conditional Certification and for Notice of Putative Class Members filed on October 29, 2015. Attached as Exhibit "A" is a copy of the correspondence confirming the parties' agreement.

Respectfully submitted,

HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas   78209
Telephone:  (210) 824-8282
Facsimile:  (210) 824-8585

BY: */s/ Michael L. Holland/*
Michael L. Holland
State Bar No. 09850750
mholland@hollandfirm.com
Inez M. McBride
State Bar No. 13331700
imcbride@hollandfirm.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the *Federal Rules of Civil Procedure*, on the __3rd__ day of __November__, 2015, to the following counsel of record:

Carlos A. Solis
Attorney at Law
310 S. St. Mary's St., Suite 2900
San Antonio, Texas 78205

*/s/ Michael L. Holland/*
Michael L. Holland
Inez McBride



MICHAEL L. HOLLAND
Board Certified
Labor & Employment Law
Texas Board of Legal Specialization

# HOLLAND & HOLLAND LLC
## ATTORNEYS AT LAW

North Frost Center
1250 N.E. Loop 410, Ste. 808
San Antonio, Texas 78209
www.hollandfirm.com

(210) 824-8282
Fax (210) 824-8585
Writer's Direct e-mail address
mholland@hollandfirm.com

November 2, 2015

Carlos A. Solis
Attorney at Law
310 S. St. Mary's St., Suite 2900
San Antonio, Texas 78205

Via Facsimile 446-5001

RE:  Civil Action No. 5:15-CV-00625-OLG
Keppard, et al vs.
C.C. Forbes, LLC et al

Dear Mr. Solis:

This letter is to memorialize our agreement concerning Defendant's deadline to respond to Plaintiffs' Motion for Conditional Class Certification.

As we discussed, the current deadline for Defendant to file its response to Plaintiffs' Motion for Conditional Class Certification is Thursday November 5th. I have requested and you have agreed to allow Defendant an extension of eight days or until Friday November 13th in which to respond to Plaintiffs' Motion for Conditional Class Certification.

If my understanding of our agreement is incorrect, please let me know immediately. Otherwise, please sign your name in the appropriate space below signifying our agreement. I will file a short Advisory with the Court concerning the extension. I appreciate your professional courtesy in this regard and please let me know if you have any questions or comments.

Very truly yours,

HOLLAND & HOLLAND, L.L.C.

BY: _Michael L. Holland_
Michael L. Holland

MLH/dkj

_Carlos Solis_, Attorney for Plaintiffs

11/3/15
Date



EXHIBIT A