UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PETER KEPPARD, JR., TRINIDAD AVILA, ALONSO ROBLES, GUILLERMO TREVINO, HUMBERTO CASTILLO, HECTOR A VALLEJO, and HECTOR VALLEJO, On Behalf of Themselves and All Others Similarly Situated,<br><br>PLAINTIFFS<br><br>v.<br><br>C. C. FORBES, LLC, FORBES ENERGY SERVICES, LTD, and FORBES ENERGY SERVICES, LLC<br><br>DEFENDANTS | § § § § § § § § § § § § § § § § § | CAUSE NO.: 5:15-cv-00625-OLG<br><br><br><br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF THE PAGE LIMIT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now come Defendants, C.C. Forbes LLC, Forbes Energy Services Ltd and Forbes Energy Services LLC, who move this Court to allow Defendants' Brief Opposing Plaintiffs' Opposed Motion for Conditional Certification and Notice to Putative Class Members to exceed 10 pages in length and in support states the following:

1. Plaintiffs' Opposed Motion for Conditional Certification and for Notice to Putative Class Members (Dkt. 30) was filed on October 29, 2015.

2. By agreement, Defendants' response to Plaintiff's motion is due November 13, 2015 and is therefore being filed along with this unopposed motion. An Advisory was filed

with the Court confirming the agreed extension. (Dkt. 33)

3. This is a collective action case which involves numerous parties, claims and defenses. Plaintiffs' opposed Motion for conditional certification in this case was nearly 200 pages in length including exhibits. In order to fully brief the Court on the most relevant issues presented by Plaintiffs' Motion, Defendants' Brief in Opposition must contain more than 10 pages. Defendants' counsel has conferred with Plaintiffs' counsel by telephone and counsel for Plaintiffs' is not opposed to Defendants' response exceeding the Court's page limit.

Wherefore, premises considered, Defendants request that this motion be granted and that Defendants be granted leave to allow their response to exceed 10 pages but not be more than 20 pages.

Respectfully submitted,

HOLLAND & HOLLAND, LLC
North Frost Center
1250 N.E. Loop 410, Suite 808
San Antonio, Texas   78209
Telephone:  (210) 824-8282
Facsimile:  (210) 824-8585

BY: _____
Michael L. Holland
State Bar No. 09850750
mholland@hollandfirm.com
Inez M. McBride
State Bar No. 13331700
imcbride@hollandfirm.com
Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

As stated above, Defendants' counsel has conferred with Plaintiffs' counsel by telephone today and Plaintiffs' counsel does not oppose this response motion exceeding ten (10) pages but not more than twenty (20) pages.

_____
Michael L. Holland

- 2 -

– 3 –

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the *Federal Rules of Civil Procedure*, on the __13__ day of __November__, 2015, to the following counsel of record:

> Carlos A. Solis
> Attorney at Law
> 310 S. St. Mary's St., Suite 2900
> San Antonio, Texas 78205

*[signature]*
Michael L. Holland
Inez McBride

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PETER KEPPARD, JR., TRINIDAD AVILA, ALONSO ROBLES, GUILLERMO TREVINO, HUMBERTO CASTILLO, HECTOR A VALLEJO, and HECTOR VALLEJO, On Behalf of Themselves and All Others Similarly Situated, | § § § § § § § § | |
| PLAINTIFFS | § § | CAUSE NO.: 5:15-cv-00625-OLG |
| v. | § § | |
| C. C. FORBES, LLC, FORBES ENERGY SERVICES, LTD, and FORBES ENERGY SERVICES, LLC | § § § § § | JURY TRIAL DEMANDED |
| DEFENDANTS | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE
TO FILE RESPONSE IN EXCESS OF THE PAGE LIMIT**

On this day the Court considered Defendants, C.C. Forbes, LLC, Forbes Energy Services, Ltd and Forbes Energy Services, LLC's Unopposed Motion for Leave to File Response in Excess of the Page Limit. After considering the notice, pleadings, and taking into consideration the agreement of the parties to extend Defendants' page limit, the Court is of the opinion that it should be extended as requested. Accordingly, it is hereby

ORDERED that Defendants' response to Plaintiffs' Opposed Motion for Conditional Certification and Notice to Putative Class Members is permitted to exceed the ten (10) page limit but not be more than twenty (20) pages.

_____
UNITED STATES DISTRICT JUDGE