**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

FILED
MAR 0 7 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| Peter Keppard Jr., Trinidad Avila, Alonso Robles, Guillermo Trevino, Humberto Castillo, Hector A. Vallejo, and Hector Vallejo, On Behalf of Themselves and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Forbes Energy Services, LLC<br>Forbes Energy Services, LTD<br>C.C. Forbes, LLC and<br><br>*Defendants*. | CAUSE NO.: 5:15-cv-00625-OLG<br><br><br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE ADR REPORT

On this day came on to be heard the parties' Joint Motion to Extend Deadline to File ADR Report. Upon consideration of said motion, the Court is of the opinion that the Joint Motion to Extend Deadline to File ADR Report by thirty (30) days should be in all things GRANTED.

It is therefore ORDERED, DECREED and ADJUDGED that the Joint Motion to Extend Deadline to File ADR Report is GRANTED; a report on alternative resolution in compliance with local Rule CV-88 shall be filed no later than March 30, 2016.

SIGNED this 7th day of March, 2016.

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE