UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Peter Keppard Jr., Trinidad Avila, Alonso Robles, Guillermo Trevino, Humberto Castillo, Hector A. Vallejo, and Hector Vallejo, On Behalf of Themselves and All Others Similarly Situated,<br>    *Plaintiffs*,<br><br>v.<br><br>C.C. Forbes, LLC and<br>Forbes Energy Services, LTD<br>    *Defendants*, | CAUSE NO.: 5:15-cv-00625-OLG<br><br><br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION |

## PLAINTIFFS' MAY 9, 2016 NOTICE OF FILING OF CONSENTS

Pursuant to 29 U.S.C. §216(b), the following three (3) individuals submit their written

Notice of Consent, attached hereto as Exhibit A:

    Carlos M. Rodriguez
    Mario Alonzo Mendez, Jr.
    Ricardo Serna, Jr.

                                    Respectfully submitted,

                            **/S/ Carlos Solis**
                By:_____
                      Carlos A. Solis
                      csolis@hilley-solis.com
                      Texas State Bar No.: 24060636
                      Fed I.D. No.: 24060636
                      *Attorney-In-Charge for Plaintiffs*
                      310 S. St. Mary's St.
                      Suite 2900
                      San Antonio, Texas 78205
                      (210) 446-5000– Telephone
                      (210) 446-5001 – Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the Cm/ECF system which will send notification of such filing to the following:

Michael L. Holland
Holland & Holland, LLC
1250 N.E. Loop 410, Suite 808
San Antonio, TX    78209
mholland@hollandfirm.com

/S/ **Carlos Solis**
_____
Carlos A. Solis